**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Stuart B. Rodgers – 25720
Email: adam.nach@lane-nach.com
Email: stuart.rodgers@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| ASHTON BUILDERS INC., | No. 2:17-bk-04022-DPC |
| Debtor. | **NOTICE OF TRUSTEE'S THIRD APPLICATION FOR PAYMENT OF FEES AND COSTS TO ACCOUNTANT AS AN ADMINISTRATIVE EXPENSE** |

**TO: The creditors and parties in interest:**

**PLEASE TAKE NOTICE** that Brian J. Mullen, Chapter 7 Trustee, has filed his Third Application to Pay Fees and Costs to Robert Elmer, CPA, Ltd., as an Administrative Expense, in the total flat fee of $1,500.00 for services provided from February 4, 2020 through February 17, 2020. A complete copy of same is on file with the Clerk of the Court and available for inspection.

**If approved, these fees will be paid from funds held by the Trustee. Payment is not the Debtor's responsibility.**

If you have an objection to Trustee's Application, you must file your objection, specifying the reason therefor, with the Clerk of the Bankruptcy Court, 230 North First Avenue, Phoenix, AZ 85003 and serve a copy upon the attorney for the Trustee at the address set forth above on or before the expiration of 21 days from the mailing of this Notice. Unless you file and serve a timely objection, the Application may be authorized without further notice or hearing. **Objections should be supported by specific facts. It shall not be a sufficient objection that objector is an unpaid general creditor.**

DATED: May 28, 2020.

                                              **LANE & NACH, P.C.**

                                              By    /s/ Adam B. Nach - 013622
                                                     Adam B. Nach
                                                     Stuart B. Rodgers
                                                     Attorneys for Trustee