SO ORDERED.

Dated: July 2, 2020

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ASHTON BUILDERS INC.<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:17-bk-04022-DPC<br><br>**ORDER APPROVING TRUSTEE'S THIRD APPLICATION AND AUTHORIZING PAYMENT OF FEES AND COSTS TO ACCOUNTANT AS AN ADMINISTRATIVE EXPENSE** |

Upon consideration of the *Third Application for Payment of Fees and Costs to Accountant as an Administrative Expense* ("**Application**") filed by Brian J. Mullen, Chapter 7 Trustee ("**Trustee**"), and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

**IT IS HEREBY ORDERED** approving the Application and authorizing Trustee to pay to Robert Elmer, CPA, Ltd. the sum of $1,500.00 for services provided to Trustee from February 4, 2020 through February 17, 2020.

**DATED AND SIGNED ABOVE**